# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WEBSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01010-GSA PC<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE, AND ORDERING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM TO PLAINTIFF |

　　　Plaintiff John Webster ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 11, 2008. Plaintiff failed to sign his complaint. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; Fed. R. Civ. P. 11(a).

　　　Accordingly, it is HEREBY ORDERED that (1) Plaintiff's complaint is STRICKEN from the record for lack of signature, (2) the Clerk's Office shall send Plaintiff a complaint form, and (3) Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order. The failure to comply with this order will result in dismissal of this action.

　　　IT IS SO ORDERED.

　　　Dated:　**July 24, 2008**　　　　　　　　　／s／ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1